**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ABLE HOME HEALTH, LLC, | ) |
| on behalf of plaintiff and | ) |
| the class members defined herein, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TT MEDICAL, INC.; | ) |
| LAWRENCE TREYSTMAN, also known as | ) |
| LARRY TREYSTMAN, | ) |
| and JOHN DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

**COMPLAINT – CLASS ACTION**

**MATTERS COMMON TO MULTIPLE COUNTS**

**INTRODUCTION**

1.     Plaintiff Able Home Health, LLC,  brings this action to secure redress for the

actions of defendants TT Medical, Inc., Lawrence Treystman, a/k/a Larry Treystman, and John

Does 1-10 in sending or causing the sending of unsolicited advertisements to telephone facsimile

machines in violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA"),

the Illinois Consumer Fraud Act, 815 ILCS 505/2 ("ICFA"), and the common law.

2.     The TCPA expressly prohibits unsolicited fax advertising.  Unsolicited fax

advertising damages the recipients.  The recipient is deprived of its paper and ink or toner and

the use of its fax machine.  The recipient also wastes valuable time it would have spent on

something else.  Unsolicited faxes prevent fax machines from receiving and sending authorized

faxes, cause wear and tear on fax machines, and require labor to attempt to identify the source

1

and purpose of the unsolicited faxes.

## PARTIES

3.     Plaintiff Able Home Health, LLC is a limited liability company chartered under Illinois law with offices in the Northern District of Illinois, where it maintains telephone facsimile equipment.

4.     Defendant TT Medical, Inc., is a California corporation with offices at 11271 Ventura Blvd., #465,  Studio City, CA 91604.

5.      Defendant Lawrence Treystman, a/k/a Larry Treystman, is the chief executive officer, chief financial officer, and a director of TT Medical, Inc.  On information and belief he is also an equity owner.  The only other officer is Miriam Treystman. On information and belief, he can be found at 11732 Moorpark Street, #1, Studio City, CA 91604-5503.

6.     John Does 1-10 are other natural or artificial persons that were involved in the sending of the facsimile advertisements described below.  Plaintiff does not know who they are.

## JURISDICTION AND VENUE

7.     This Court has jurisdiction under 28 U.S.C. §§1331 and 1367.   *Mims v. Arrow Financial Services, LLC*, 565 U.S. 368, 132 S. Ct. 740, 751-53 (2012); *Brill v. Countrywide Home Loans, Inc.*, 427 F.3d 446  (7th Cir. 2005).

8.     Personal jurisdiction exists under 735 ILCS 5/2-209, in that defendants:

   a.     Have committed tortious acts in Illinois by causing the transmission of
          unlawful communications into the state.

   b.     Have transacted business in Illinois.

9.      Venue in this District is proper for the same reason.

2

## FACTS

10.     On August 1, 2018, plaintiff received the unsolicited fax advertisement attached as Exhibit A on its facsimile machine.

11.     On August 28, 2018, plaintiff received the unsolicited fax advertisement attached as Exhibit B on its facsimile machine.

12.     On September 7, 2018, plaintiff received the unsolicited fax advertisement attached as Exhibit C on its facsimile machine.

13.     On September 14, 2018, plaintiff received the unsolicited fax advertisement attached as Exhibit D on its facsimile machine.

14.     On October 11, 2018, plaintiff received the unsolicited fax advertisement attached as Exhibit E on its facsimile machine.

15.     On October 24, 2018, plaintiff received the unsolicited fax advertisement attached as Exhibit F on its facsimile machine.

16.     On November 29, 2018, plaintiff received the unsolicited fax advertisement attached as Exhibit G on its facsimile machine.

17.     On December 6, 2018, plaintiff received the unsolicited fax advertisement attached as Exhibit H on its facsimile machine.

18.     On January 4, 2019, plaintiff received the unsolicited fax advertisement attached as Exhibit I on its facsimile machine.

19.     On February 1, 2019, plaintiff received the unsolicited fax advertisement attached as Exhibit J on its facsimile machine.

20.     On February 6, 2019, plaintiff received the unsolicited fax advertisement attached

as Exhibit K on its facsimile machine.

21.     On February 26, 2019, plaintiff received the unsolicited fax advertisement

attached as Exhibit L on its facsimile machine.

22.     On March 20, 2019, plaintiff received the unsolicited fax advertisement attached

as Exhibit M on its facsimile machine.

23.     The header on the faxes indicates that they were sent by Larry Treystman.

24.     The faxes advertise the services of TT Medical, Inc.

25.     Discovery may reveal the transmission of additional faxes as well.

26.     Defendants TT Medical, Inc., and Lawrence Treystman are responsible for

sending or causing the sending of the faxes.

27.     Defendants derived economic benefit from the sending of the faxes.

28.     Defendants either negligently or wilfully violated the rights of plaintiff and other

recipients in sending the faxes.

29.     Plaintiff had no prior relationship with defendants and had not authorized the

sending of fax advertisements to plaintiff.

30.     On information and belief, the faxes attached hereto were sent as part of a mass

broadcasting of faxes.

31.     The fax does not contain an "opt out" notice that complies with 47 U.S.C. §227.

32.     On information and belief, defendants have transmitted similar unsolicited fax

advertisements to at least 40 other persons in Illinois.

33.     There is no reasonable means for plaintiff or other recipients of defendants'

unsolicited advertising faxes to avoid receiving illegal faxes.  Fax machines must be left on and

4

ready to receive the urgent communications authorized by their owners.

## COUNT I – TCPA

34.     Plaintiff incorporates ¶¶ 1-33.

35.     The TCPA makes unlawful the "use of any telephone facsimile machine,
computer or other device to send an unsolicited advertisement to a telephone facsimile machine
..." 47 U.S.C. §227(b)(1)(C).

36.     The TCPA,  47 U.S.C. §227(b)(3), provides:

**Private right of action.**

**A person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State–**

> **(A)  an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,**

> **(B)  an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or**

> **(C)  both such actions.**

**If the Court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under the subparagraph (B) of this paragraph.**

37.     Plaintiff and each class member suffered damages as a result of receipt of the
unsolicited faxes, in the form of paper and ink or toner consumed as a result.  Furthermore,
plaintiff's statutory right of privacy was invaded.

38.     Plaintiff and each class member is entitled to statutory damages.

39.     Defendants violated the TCPA even if their actions were only negligent.

5

40.     Defendants should be enjoined from committing similar violations in the future.

## CLASS ALLEGATIONS

41.     Pursuant to Fed.R.Civ.P. 23(a) and (b)(3), plaintiff brings this claim on behalf of a class, consisting of (a) all persons (b) who, on or after a date four years prior to the filing of this action (28 U.S.C. §1658), (c) were sent faxes by or on behalf of defendants TT Medical, Inc. and Lawrence Treystman promoting TT Medical, Inc.'s goods or services for sale (d) where defendants do not have evidence of consent or an established business relationship prior to the sending of the faxes.

42.     The class is so numerous that joinder of all members is impractical.  Plaintiff alleges on information and belief that there are more than 40 members of the class.

43.     There are questions of law and fact common to the class that predominate over any questions affecting only individual class members.  The predominant common questions include:

        a.      Whether defendants engaged in a pattern of sending unsolicited fax advertisements;

        b.      The manner in which defendants compiled or obtained the list of fax numbers;

        c.      Whether defendants thereby violated the TCPA;

44.     Plaintiff will fairly and adequately protect the interests of the class. Plaintiff has retained counsel experienced in handling class actions and claims involving unlawful business practices.  Neither plaintiff nor plaintiff's counsel have any interests which might cause them not to vigorously pursue this action.

6

45.     Plaintiff's claims are typical of the claims of the class members.  All are based on the same factual and legal theories.

46.     A class action is the superior method for the fair and efficient adjudication of this controversy.  The interest of class members in individually controlling the prosecution of separate claims against defendants is small because it is not economically feasible to bring individual actions.

47.     Numerous courts have certified class actions under the TCPA.  *Holtzman v. Turza,* No. 08 C 2014, 2009 WL 3334909 (N.D.Ill. Oct. 14, 2009), *aff'd in part, rev'd in part, vacated in part,* 728 F.3d 682 (7th Cir. 2013); *Ballard RN Center, Inc. v. Kohll's Pharmacy and Homecare, Inc.* 2015 IL 118644, 48 N.E.3d 1060; *American Copper & Brass, Inc. v. Lake City Indus. Products, Inc.*, 757 F.3d 540, 544 (6th Cir. 2014); *In re Sandusky Wellness Center, LLC*, 570 Fed.Appx. 437, 437 (6th Cir. 2014); *Sandusky Wellness Center, LLC v. Medtox Scientific, Inc.*, 821 F.3d 992, 998 (8th Cir. 2016); *Sadowski v. Med1 Online, LLC,* No. 07 C 2973, 2008 WL 2224892 (N.D.Ill. May 27, 2008); *CE Design Ltd. v. Cy's Crabhouse North, Inc.,* 259 F.R.D. 135 (N.D.Ill. 2009); *Targin Sign Systems, Inc. v. Preferred Chiropractic Center, Ltd.,* 679 F.Supp.2d 894 (N.D.Ill. 2010); *Garrett v. Ragle Dental Laboratory, Inc.,* No. 10 C 1315, 2010 WL 4074379 (N.D.Ill. Oct. 12, 2010); *Hinman v. M&M Rental Center, Inc.,* 545 F.Supp.2d 802 (N.D.Ill. 2008); *Clearbrook v. Rooflifters, LLC,* No. 08 C 3276, 2010 U.S.Dist. LEXIS 72902 (N.D.Ill. July 20, 2010) (Cox, M.J.); *G.M. Sign, Inc. v. Group C Communications, Inc.,* No. 08-cv-4521, 2010 WL 744262 (N.D.Ill. Feb. 25, 2010); *Kavu, Inc. v. Omnipak Corp.,* 246 F.R.D. 642 (W.D.Wash. 2007); *Display South, Inc. v. Express Computer Supply, Inc.,* 961 So.2d 451, 455 (La.App. 2007); *Display South, Inc. v. Graphics House Sports Promotions, Inc.,* 992

So.2d 510 (La.App. 2008); *Lampkin v. GGH, Inc.,* 146 P.3d 847 (Ok.App. 2006); *ESI Ergonomic Solutions, LLC v. United Artists Theatre Circuit, Inc.,* 203 Ariz. 94, 50 P.3d 844 (2002); *Core Funding Group, LLC v. Young,* 792 N.E.2d 547 (Ind.App. 2003); *Critchfield Physical Therapy v. Taranto Group, Inc.,* 293 Kan. 285, 263 P.3d 767 (2011); *Karen S. Little, L.L.C. v. Drury Inns, Inc.,* 306 S.W.3d 577 (Mo.App. 2010); *Lindsay Transmission, LLC v. Office Depot, Inc.,* No. 4:12-CV-221 (CEJ), 2013 WL 275568 (E.D.Mo. Feb. 24, 2013).

48.     Management of this class action is likely to present significantly fewer difficulties than those presented in many class actions, e.g. for securities fraud.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class and against defendants for:

      a.      Actual damages;

      b.      Statutory damages;

      c.      An injunction against the further transmission of unsolicited fax advertisements;

      d.      Costs of suit;

      e.      Such other or further relief as the Court deems just and proper.

## COUNT II – ILLINOIS CONSUMER FRAUD ACT

49.     Plaintiff incorporates ¶¶ 1-33.

50.     Defendants engaged in unfair acts and practices, in violation of ICFA § 2, 815 ILCS 505/2, by sending unsolicited fax advertising to plaintiff and others.

51.     Unsolicited fax advertising is contrary to the TCPA and also Illinois law. 720 ILCS 5/26-3(b) makes it a petty offense to transmit unsolicited fax advertisements to Illinois

residents.

52.     Defendants engaged in an unfair practice and an unfair method of competition by engaging in conduct that is contrary to public policy, unscrupulous, and caused injury to recipients of their advertising.

53.     Plaintiff and each class member suffered damages as a result of receipt of the unsolicited faxes, in the form of paper and ink or toner consumed as a result.

54.     Defendants engaged in such conduct in the course of trade and commerce.

55.     Defendants' conduct caused recipients of their advertising to bear the cost thereof. This gave defendant an unfair competitive advantage over businesses that advertise lawfully, such as by direct mail.  For example, an advertising campaign targeting one million recipients would cost $500,000 if sent by U.S. mail but only $20,000 if done by fax broadcasting.  The reason is that instead of spending $480,000 on printing and mailing his ad, the fax broadcaster misappropriates the recipients' paper and ink.  "Receiving a junk fax is like  getting junk mail with the postage due".   Remarks of Cong. Edward Markey, 135 Cong Rec E 2549, Tuesday, July 18, 1989, 101st Cong. 1st Sess.

56.     Defendants' shifting of advertising costs to plaintiff and the class members in this manner makes such practice unfair.  In addition, defendants' conduct was contrary to public policy, as established by the TCPA and Illinois statutory and common law.

57.     Defendants should be enjoined from committing similar violations in the future.

## CLASS ALLEGATIONS

58.     Pursuant to Fed.R.Civ.P. 23(a) and (b)(3), plaintiff brings this claim on behalf of a class, consisting of (a) all persons with Illinois fax numbers (b) who, on or after a date three

years prior to the filing of this action, (c) were sent faxes by or on behalf of defendants TT

Medical, Inc. and Lawrence Treystman promoting TT Medical, Inc.'s goods or services for sale

(d) where defendants do not have evidence of consent or an established business relationship

prior to the sending of the faxes.

59.     The class is so numerous that joinder of all members is impractical.  Plaintiff

alleges on information and belief that there are more than 40 members of the class.

60.     There are questions of law and fact common to the class that predominate over

any questions affecting only individual class members.  The predominant common questions

include:

> a.     Whether defendants engaged in a pattern of sending unsolicited fax
>         advertisements;
>
> b.     Whether defendants thereby engaged in unfair acts and practices, in
>         violation of the ICFA.

61.     Plaintiff will fairly and adequately protect the interests of the class. Plaintiff has

retained counsel experienced in handling class actions and claims involving unlawful business

practices.  Neither plaintiff nor plaintiff's counsel have any interests which might cause them not

to vigorously pursue this action.

62.     Plaintiff's claims are typical of the claims of the class members.  All are based on

the same factual and legal theories.

63.     A class action is the superior method for the fair and efficient adjudication of this

controversy.  The interest of class members in individually controlling the prosecution of

separate claims against defendant is small because it is not economically feasible to bring

individual actions.

64.     Management of this class action is likely to present significantly fewer difficulties than those presented in many class actions, e.g. for securities fraud.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class and against defendants for:

     a.     Appropriate damages;

     b.     An injunction against the further transmission of unsolicited fax advertisements;

     c.     Attorney's fees, litigation expenses and costs of suit;

     d.     Such other or further relief as the Court deems just and proper.

## COUNT III – CONVERSION

65.     Plaintiff incorporates ¶¶ 1-33.

66.     By sending plaintiff and the class members unsolicited faxes, defendants converted to their own use ink or toner and paper belonging to plaintiff and the class members.

67.     Immediately prior to the sending of the unsolicited faxes, plaintiff and the class members owned and had an unqualified and immediate right to the possession of the paper and ink or toner used to print the faxes.

68.     By sending the unsolicited faxes, defendants appropriated to their own use the paper and ink or toner used to print the faxes and used them in such manner as to make them unusable.  Such appropriation was wrongful and without authorization.

69.     Defendants knew or should have known that such appropriation of the paper and ink or toner was wrongful and without authorization.

11

70.     Plaintiff and the class members were deprived of the paper and ink or toner, which could no longer be used for any other purpose.   Plaintiff and each class member thereby suffered damages as a result of receipt of the unsolicited faxes.

71.     Defendants should be enjoined from committing similar violations in the future.

## CLASS ALLEGATIONS

72.     Pursuant to Fed.R.Civ.P. 23(a) and (b)(3), plaintiff brings this claim on behalf of a class, consisting of (a) all persons with Illinois fax numbers (b) who, on or after a date five years prior to the filing of this action, (c) were sent faxes by or on behalf of defendants TT Medical, Inc. and Lawrence Treystman promoting TT Medical, Inc.'s goods or services for sale (d) where defendants do not have evidence of consent or an established business relationship prior to the sending of the faxes.

73.     The class is so numerous that joinder of all members is impractical.  Plaintiff alleges on information and belief that there are more than 40 members of the class.

74.     There are questions of law and fact common to the class that predominate over any questions affecting only individual class members.  The predominant common questions include:

a.     Whether defendants engaged in a pattern of sending unsolicited fax advertisements;

b.     Whether defendants thereby converted the property of plaintiff.

75.     Plaintiff will fairly and adequately protect the interests of the class. Plaintiff has retained counsel experienced in handling class actions and claims involving unlawful business practices.  Neither plaintiff nor plaintiff's counsel have any interests which might cause them not

12

to vigorously pursue this action.

76.     Plaintiff's claims are typical of the claims of the class members.  All are based on the same factual and legal theories.

77.     A class action is the superior method for the fair and efficient adjudication of this controversy.  The interest of class members in individually controlling the prosecution of separate claims against defendants is small because it is not economically feasible to bring individual actions.

78.     Management of this class action is likely to present significantly fewer difficulties than those presented in many class actions, e.g. for securities fraud.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class and against defendants for:

      a.      Appropriate damages;

      b.      An injunction against the further transmission of unsolicited fax advertisements;

      c.      Costs of suit;

      d.      Such other or further relief as the Court deems just and proper.

### COUNT IV – TRESPASS TO CHATTELS

79.     Plaintiff incorporates ¶¶ 1-33.

80.     Plaintiff and the class members were entitled to possession of the equipment they used to receive faxes.

81.     Defendants' sending plaintiff and the class members unsolicited faxes interfered with their use of the receiving equipment and constitutes a trespass to such equipment.  *Chair*

13

*King v. Houston Cellular*, 95cv1066, 1995 WL 1693093 at *2 (S.D. Tex. Nov. 7, 1995) (denying

a motion to dismiss with respect to plaintiff's trespass to chattels claim for unsolicited faxes),

vacated on jurisdictional grounds 131 F.3d 507 (5th Cir. 1997).

82.     Defendants acted either intentionally or negligently in engaging in such conduct.

83.     Plaintiff and each class member suffered damages as a result of receipt of the

unsolicited faxes.

84.     Defendants should be enjoined from continuing trespasses.

## CLASS ALLEGATIONS

85.     Pursuant to Fed.R.Civ.P. 23(a) and (b)(3), plaintiff brings this claim on behalf of

a class, consisting of (a) all persons with Illinois fax numbers (b) who, on or after a date five

years prior to the filing of this action, (c) were sent faxes by or on behalf of defendants TT

Medical, Inc. and Lawrence Treystman promoting TT Medical, Inc.'s goods or services for sale

(d) where defendants do not have evidence of consent or an established business relationship

prior to the sending of the faxes.

86.     The class is so numerous that joinder of all members is impractical.  Plaintiff

alleges on information and belief that there are more than 40 members of the class.

87.     There are questions of law and fact common to the class that predominate over

any questions affecting only individual class members.  The predominant common questions

include:

a.      Whether defendants engaged in a pattern of sending unsolicited fax

advertisements;

b.      Whether defendants thereby committed a trespass to chattels.

14

88.     Plaintiff will fairly and adequately protect the interests of the class. Plaintiff has

retained counsel experienced in handling class actions and claims involving unlawful business

practices.  Neither plaintiff nor plaintiff's counsel have any interests which might cause them not

to vigorously pursue this action.

89.     Plaintiff's claims are typical of the claims of the class members.  All are based on

the same factual and legal theories.

90.     A class action is the superior method for the fair and efficient adjudication of this

controversy.  The interest of class members in individually controlling the prosecution of

separate claims against defendant is small because it is not economically feasible to bring

individual actions.

91.     Management of this class action is likely to present significantly fewer difficulties

than those presented in many class actions, e.g. for securities fraud.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and

the class and against defendants for:

a.      Appropriate damages;

b.      An injunction against the further transmission of unsolicited fax
         advertisements;

c.      Costs of suit;

d.      Such other or further relief as the Court deems just and proper.

/s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs

15

Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## NOTICE OF LIEN AND ASSIGNMENT

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.


/s/ Daniel A. Edelman
Daniel A. Edelman


Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

# **<u>EXHIBIT A</u>**

# FAX COVER SHEET

**To:** ABLE HOME HEALTH                 **From:** TT Medical <info@ttmedical.net>

**Company:** LLC                         **Date:** 08/01/18 01:32:31 PM

**Fax Number:** 18153992202              **Pages (Including cover):** 2

**Re:** TT Medical

**Notes:**

Dear Administrator,

We're a staffing company for home health and hospice agencies. In addition to staffing we offer consulting and online CEU credits for all your field clinicians.

*TT Medical, Inc*
*T (866) 727-1189 | F (866) 721-8189*

*Confidentiality: This email and attached documents contain confidential information. The information is intended only for the use of the individual(s) named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or taking of any action based on the contents of the email is not permissible. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

 **TT MEDICAL** INC.    TTMedical.net (w) | 866-727-1189 (p) | 866-721-8189 (f)

Dear Administrator,

We're a staffing company for home health and hospice agencies. We staff all home health disciplines, submit 90% of documents within 5 days and don't do any visits that aren't pre-approved by the home health/hospice agency.

As a supplemental healthcare staffing company that staffs all home health disciplines, we help you prevent denying referrals just because you don't have staff in the area. We have a wide coverage area and our areas are constantly expanding.

We staff:
- ✓ PT
- ✓ OT
- ✓ ST
- ✓ SN
- ✓ MSW
- ✓ CHHA

Benefits:
- ✓ Over a Decade in the Business
- ✓ Each Frequency is Approved by You
- ✓ Wide Coverage Area
- ✓ Customer Satisfaction
- ✓ Visit Verification
- ✓ Timely Document Submission

## Don't need another staffing company? Options never hurt.

Don't gamble with your intake. Having back up contracts is the best way to avoid last minute scrambling when no one else can staff a referral.

Want a contract? Just fill this out and fax back to *(866) 721-8189* .

| Agency Name: | |
|---|---|
| Agency Phone: | |
| Name of Person Signing Contract: | |

# **EXHIBIT B**

# FAX COVER SHEET

**To:** ABLE HOME HEALTH      **From:** TT Medical <info@ttmedical.net>

**Company:** LLC      **Date:** 08/28/18 06:43:12 PM

**Fax Number:** 18153992202      **Pages (Including cover):** 2

**Re:** TT Medical 1

**Notes:**

### TT Medical, Inc
*T (866) 727-1189 | F (866) 721-8189*

*Confidentiality: This email and attached documents contain confidential information. The information is intended only for the use of the individual(s) named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or taking of any action based on the contents of the email is not permissible. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

 **TT MEDICAL** INC.

TTMedical.net (w) | 866-727-1189 (p) | 866-721-8189 (f)

Dear Administrator,

We're a staffing company for home health and hospice agencies. We staff all home health disciplines, submit 90% of documents within 5 days and don't do any visits that aren't pre-approved by the home health/hospice agency.

As a supplemental healthcare staffing company that staffs all home health disciplines, we help you prevent denying referrals just because you don't have staff in the area. We have a wide coverage area and our areas are constantly expanding.

| We staff: | Benefits: |
|-----------|-----------|
| ✓ PT | ✓ Over a Decade in the Business |
| ✓ OT | ✓ Each Frequency is Approved by You |
| ✓ ST | ✓ Wide Coverage Area |
| ✓ SN | ✓ Customer Satisfaction |
| ✓ MSW | ✓ Visit Verification |
| ✓ CHHA | ✓ Timely Document Submission |

## Don't need another staffing company? Options never hurt.

Don't gamble with your intake. Having back up contracts is the best way to avoid last minute scrambling when no one else can staff a referral.

Want a contract? Just fill this out and fax back to *(866) 721-8189*.

| Agency Name: | |
|--------------|--|
| Agency Phone: | |
| Name of Person Signing Contract: | |

# **<u>EXHIBIT C</u>**

 **TT MEDICAL**          TTMedical.net (w) | 866-727-1189 (p) | 866-721-8189 (f)

Dear Administrator,

We're a staffing company for home health and hospice agencies. We staff all home health disciplines, submit 90% of documents within 5 days and don't do any visits that aren't pre-approved by the home health/hospice agency.

As a supplemental healthcare staffing company that staffs all home health disciplines, we help you prevent denying referrals just because you don't have staff in the area. We have a wide coverage area and our areas are constantly expanding.

**We staff:**
- ✓ PT
- ✓ OT
- ✓ ST
- ✓ SN
- ✓ MSW
- ✓ CHHA

**Benefits:**
- ✓ Over a Decade in the Business
- ✓ Each Frequency is Approved by You
- ✓ Wide Coverage Area
- ✓ Customer Satisfaction
- ✓ Visit Verification
- ✓ Timely Document Submission

## Don't need another staffing company? Options never hurt.

Don't gamble with your intake. Having back up contracts is the best way to avoid last minute scrambling when no one else can staff a referral.

Want a contract? Just fill this out and fax back to *(866) 721-8189* .

| | |
|---|---|
| Agency Name: | |
| Agency Phone: | |
| Name of Person Signing Contract: | |

# EXHIBIT D

 **TT MEDICAL** ——— INC ———

TTMedical.net (w) | 866-727-1189 (p) | 866-721-8189 (f)

Dear Administrator,

We're a staffing company for home health and hospice agencies. We staff all home health disciplines, submit 90% of documents within 5 days and don't do any visits that aren't pre-approved by the home health/hospice agency.

As a supplemental healthcare staffing company that staffs all home health disciplines, we help you prevent denying referrals just because you don't have staff in the area. We have a wide coverage area and our areas are constantly expanding.

| We staff: | Benefits: |
|-----------|-----------|
| ✓ PT | ✓ Over a Decade in the Business |
| ✓ OT | ✓ Each Frequency is Approved by You |
| ✓ ST | ✓ Wide Coverage Area |
| ✓ SN | ✓ Customer Satisfaction |
| ✓ MSW | ✓ Visit Verification |
| ✓ CHHA | ✓ Timely Document Submission |

## Don't need another staffing company? Options never hurt.

Don't gamble with your intake. Having back up contracts is the best way to avoid last minute scrambling when no one else can staff a referral.

Want a contract? Just fill this out and fax back to *(866) 721-8189* .

| Agency Name: | |
|--------------|--|
| Agency Phone: | |
| Name of Person Signing Contract: | |

# **EXHIBIT E**

 **TT MEDICAL** —— INC ——          TTMedical.net (w) | 866-727-1189 (p) | 866-721-8189 (f)

Dear Administrator,

We're a staffing company for home health and hospice agencies. We staff all home health disciplines, submit 90% of documents within 5 days and don't do any visits that aren't pre-approved by the home health/hospice agency.

As a supplemental healthcare staffing company that staffs all home health disciplines, we help you prevent denying referrals just because you don't have staff in the area. We have a wide coverage area and our areas are constantly expanding.

| We staff: | Benefits: |
|-----------|-----------|
| ✓ PT | ✓ Over a Decade in the Business |
| ✓ OT | ✓ Each Frequency is Approved by You |
| ✓ ST | ✓ Wide Coverage Area |
| ✓ SN | ✓ Customer Satisfaction |
| ✓ MSW | ✓ Visit Verification |
| ✓ CHHA | ✓ Timely Document Submission |

## Don't need another staffing company? Options never hurt.

Don't gamble with your intake. Having back up contracts is the best way to avoid last minute scrambling when no one else can staff a referral.

Want a contract? Just fill this out and fax back to *(866) 721-8189* .

| Agency Name: | |
|---|---|
| Agency Phone: | |
| Email: | |
| Name of Person Signing Contract: | |

# **<u>EXHIBIT F</u>**

 **TT MEDICAL** INC.    TTMedical.net (w) | 866-727-1189 (p) | 866-721-8189 (f)

Dear Administrator,

We're a staffing company for home health and hospice agencies. We staff all home health disciplines, submit 90% of documents within 5 days and don't do any visits that aren't pre-approved by the home health/hospice agency.

As a supplemental healthcare staffing company that staffs all home health disciplines, we help you prevent denying referrals just because you don't have staff in the area. We have a wide coverage area and our areas are constantly expanding.

We staff:
- ✓ PT
- ✓ OT
- ✓ ST
- ✓ SN
- ✓ MSW
- ✓ CHHA

Benefits:
- ✓ Over a Decade in the Business
- ✓ Each Frequency is Approved by You
- ✓ Wide Coverage Area
- ✓ Customer Satisfaction
- ✓ Visit Verification
- ✓ Timely Document Submission

## Don't need another staffing company? Options never hurt.

Don't gamble with your intake. Having back up contracts is the best way to avoid last minute scrambling when no one else can staff a referral.

Want a contract? Just fill this out and fax back to *(866) 721-8189* .

| Agency Name: | |
|---|---|
| Agency Phone: | |
| Email: | |
| Name of Person Signing Contract: | |

# <u>EXHIBIT G</u>

From: Larry Treystman      Fax: 18186501101      To: #### ABLE HOME HEALTH, Fax: (915) 300-2202         Page: 1 of 1      11/20/2018 4:39 PM

 **TT MEDICAL INC**

TTMedical.net (w) | 866-727-1189 (p) | 866-721-8189 (f)

Dear Administrator,

We're a staffing company for home health and hospice agencies. We staff all home health disciplines, submit 90% of documents within 5 days and don't do any visits that aren't pre-approved by the home health/hospice agency.

As a supplemental healthcare staffing company that staffs all home health disciplines, we help you prevent denying referrals just because you don't have staff in the area. We have a wide coverage area and our areas are constantly expanding.

We staff:
- ✓ PT
- ✓ OT
- ✓ ST
- ✓ SN
- ✓ MSW
- ✓ CHHA

Benefits:
- ✓ Over a Decade in the Business
- ✓ Each Frequency is Approved by You
- ✓ Wide Coverage Area
- ✓ Customer Satisfaction
- ✓ Visit Verification
- ✓ Timely Document Submission

## Don't need another staffing company? Options never hurt.

Don't gamble with your intake. Having back up contracts is the best way to avoid last minute scrambling when no one else can staff a referral.

Want a contract? Just fill this out and fax back to *(866) 721-8189*.

| | |
|---|---|
| Agency Name: | |
| Agency Phone: | |
| Email: | |
| Name of Person Signing Contract: | |

# **<u>EXHIBIT H</u>**

 **TT MEDICAL** INC    TTMedical.net (w) | 866-727-1189 (p) | 866-721-8189 (f)

## Did you know in 2018 there was a 62% increase in CONDITIONAL LEVEL deficiencies, resulting in a follow up survey due to the new Medicare COP's?

As a consulting company that provides home health Administrative Documentation upkeep, we help you stay compliant so you never have to worry about random or scheduled surveys.

## Are you ready for your next survey?

TT Medical has kept customers 100% compliant. Documentation is CA DHS, CMS, Joint Commission, ACHC and CHAP compliant.

## Sign up now to start Jan 1 and be worry free and fully ready in 2019!

**We provide:**
- ✓ Full Agency Evaluations
- ✓ Survey Preparation
- ✓ Administrative Compliance
- ✓ Billing
- ✓ HR Management

**Benefits:**
- ✓ Over a Decade in the Business
- ✓ Worry-Free Compliance
- ✓ Survey Support
- ✓ Customer Satisfaction
- ✓ Knowledgeable Professionals

## Interested? Just fill this out and fax back to *(866) 721-8189*

| Agency Name: | |
|---|---|
| Agency Phone: | |
| Agency Email: | |
| Contact Person: | |
| Active Census: | |
| Interested In: | ☐Agency Eval   ☐Survey Prep   ☐Billing<br>☐Administrative Compliance   ☐HR Management |

*Spaces are limited to provide the highest quality services

# **<u>EXHIBIT I</u>**

 **TT MEDICAL** INC    TTMedical.net (w) | 866-727-1189 (p) | 866-721-8189 (f)

Dear Administrator,

We're a staffing company for home health and hospice agencies. We staff all home health disciplines, submit 90% of documents within 5 days and don't do any visits that aren't pre-approved by the home health/hospice agency.

As a supplemental healthcare staffing company that staffs all home health disciplines, we help you prevent denying referrals just because you don't have staff in the area. We have a wide coverage area and our areas are constantly expanding.

We staff:
- ✓ PT
- ✓ OT
- ✓ ST
- ✓ SN
- ✓ MSW
- ✓ CHHA

Benefits:
- ✓ Over a Decade in the Business
- ✓ Each Frequency is Approved by You
- ✓ Wide Coverage Area
- ✓ Customer Satisfaction
- ✓ Visit Verification
- ✓ Timely Document Submission

## Don't need another staffing company? Options never hurt.

Don't gamble with your intake. Having back up contracts is the best way to avoid last minute scrambling when no one else can staff a referral.

Want a contract? Just fill this out and fax back to *(866) 721-8189* .

| | |
|---|---|
| Agency Name: | |
| Agency Phone: | |
| Email: | |
| Name of Person Signing Contract: | |

# EXHIBIT J

 **TT MEDICAL** INC          TTMedical.net (w) | 866-727-1189 (p) | 866-721-8189 (f)

Dear Administrator,

We're a staffing company for home health and hospice agencies. We staff all home health disciplines, submit 90% of documents within 5 days and don't do any visits that aren't pre-approved by the home health/hospice agency.

As a supplemental healthcare staffing company that staffs all home health disciplines, we help you prevent denying referrals just because you don't have staff in the area. We have a wide coverage area and our areas are constantly expanding.

| We staff: | Benefits: |
|---|---|
| ✓ PT | ✓ Over a Decade in the Business |
| ✓ OT | ✓ Each Frequency is Approved by You |
| ✓ ST | ✓ Wide Coverage Area |
| ✓ SN | ✓ Customer Satisfaction |
| ✓ MSW | ✓ Visit Verification |
| ✓ CHHA | ✓ Timely Document Submission |

## Don't need another staffing company? Options never hurt.

Don't gamble with your intake. Having back up contracts is the best way to avoid last minute scrambling when no one else can staff a referral.

Want a contract? Just fill this out and fax back to *(866) 721-8189* .

| | |
|---|---|
| Agency Name: | |
| Agency Phone: | |
| Email: | |
| Name of Person Signing Contract: | |

# **<u>EXHIBIT K</u>**

 **TT MEDICAL INC**     www.ttmedical.net | 866-727-1189 (p) | 866-721-8189 (f)

## Did you know in 2018 there was a 62% increase in CONDITIONAL LEVEL deficiencies, resulting in a follow up survey due to the new Medicare COP's?

As a consulting company that provides home health Administrative Documentation upkeep, we help you stay compliant so you never have to worry about random or scheduled surveys.

## Are you ready for your next survey?

TT Medical has kept customers 100% compliant. Documentation is CA DHS, CMS, Joint Commission, ACHC and CHAP compliant.

## NEED A CONSULTANT FOR A STARTUP OR ACTIVE AGENCY? CALL OR FA   THIS FORM BACK FOR A <u>FREE CONSULTATION</u>!

**We provide:**
- ✓ Full Agency Evaluations
- ✓ Survey Preparation
- ✓ Administrative Compliance
- ✓ Billing
- ✓ HR Management

**Benefits:**
- ✓ Over a Decade in the Business
- ✓ Worry-Free Compliance
- ✓ Survey Support
- ✓ Customer Satisfaction
- ✓ Knowledgeable Professionals

## Interested? Just fill this out and fax back to *(866) 721-8189*

| | |
|---|---|
| Agency Name: | |
| Agency Phone: | |
| Agency Email: | |
| Contact Person: | |
| Active Census: | |
| Interested In: | ☐Agency Eval   ☐Survey Prep   ☐Billing<br>☐Administrative Compliance   ☐HR Management |

*Spaces are limited to provide the highest quality services | www.ttmedical.net

# EXHIBIT L

 **TT MEDICAL** INC.

TTMedical.net (w) | 866-727-1189 (p) | 866-721-8189 (f)

Dear Administrator,

We're a staffing company for home health and hospice agencies. We staff all home health disciplines, submit 90% of documents within 5 days and don't do any visits that aren't pre-approved by the home health/hospice agency.

As a supplemental healthcare staffing company that staffs all home health disciplines, we help you prevent denying referrals just because you don't have staff in the area. We have a wide coverage area and our areas are constantly expanding.

| We staff: | Benefits: |
|-----------|-----------|
| ✓ PT | ✓ Over a Decade in the Business |
| ✓ OT | ✓ Each Frequency is Approved by You |
| ✓ ST | ✓ Wide Coverage Area |
| ✓ SN | ✓ Customer Satisfaction |
| ✓ MSW | ✓ Visit Verification |
| ✓ CHHA | ✓ Timely Document Submission |

## Don't need another staffing company? Options never hurt.

Don't gamble with your intake. Having back up contracts is the best way to avoid last minute scrambling when no one else can staff a referral.

Want a contract? Just fill this out and fax back to *(866) 721-8189* .

| Agency Name: | |
|---|---|
| Agency Phone: | |
| Email: | |
| Name of Person Signing Contract: | |

# EXHIBIT M

 **TT MEDICAL** INC    TTMedical.net (w) | 866-727-1189 (p) | 866-721-8189 (f)

Dear Administrator,

We're a staffing company for home health and hospice agencies. We staff all home health disciplines, submit 90% of documents within 5 days and don't do any visits that aren't pre-approved by the home health/hospice agency.

As a supplemental healthcare staffing company that staffs all home health disciplines, we help you prevent denying referrals just because you don't have staff in the area. We have a wide coverage area and our areas are constantly expanding.

We staff:
- ✓ PT
- ✓ OT
- ✓ ST
- ✓ SN
- ✓ MSW
- ✓ CHHA

Benefits:
- ✓ Over a Decade in the Business
- ✓ Each Frequency is Approved by You
- ✓ Wide Coverage Area
- ✓ Customer Satisfaction
- ✓ Visit Verification
- ✓ Timely Document Submission

## Don't need another staffing company? Options never hurt.

Don't gamble with your intake. Having back up contracts is the best way to avoid last minute scrambling when no one else can staff a referral.

Want a contract? Just fill this out and fax back to *(866) 721-8189*.

| | |
|---|---|
| Agency Name: | |
| Agency Phone: | |
| Email: | |
| Name of Person Signing Contract: | |