IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABLE HOME HEALTH, LLC, )<br>on behalf of plaintiff and )<br>the class members defined herein, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TT MEDICAL, INC.; )<br>LAWRENCE TREYSTMAN, also known as )<br>LARRY TREYSTMAN, )<br>and JOHN DOES 1-10, )<br>)<br>Defendants. ) | 19 C 3811<br><br>Judge Aspen<br>Magistrate Judge Schenkier |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Able Home Health, LLC voluntarily dismisses its individual claims against defendants TT Medical, Inc. and Lawrence Treystman also known as Larry Treystman with prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its class claims against defendants TT Medical, Inc. and Lawrence Treystman also known as Larry Treystman without prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC

1

20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on September 3, 2019, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, and to be served via U.S. Mail to the following:

    Lawrence Treystman a/k/a Larry Treystman
    11271 Ventura Blvd. #465
    Studio City, CA 91604

    TT Medical, Inc.
    11271 Ventura Blvd. #465
    Studio City, CA 91604

                                                s/ Heather Kolbus
                                                Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

3